1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF WASHINGTON

4

5   ERIC GORDON SNYDER,                )
                                       )
6              Plaintiff,              )
                                       )        NO.  CV-11-16-JPH
7          vs.                         )
                                       )        **JUDGMENT IN A
8   MICHAEL J. ASTRUE,                 )          CIVIL CASE**
    Commissioner of Social Security,   )
9                                      )
               Defendant.              )
10                                     )
                                       )
11  _____  )

12          **DECISION BY THE COURT:**

13          This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15          **IT IS ORDERED AND ADJUDGED** that:

16          Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18          DATED this  4th  day of  June,  2012.

19                                     JAMES R. LARSEN
                                       District Court Executive/Clerk
20

21

22                                     by: __s/ Karen White_____
                                           Deputy Clerk
23

24

25  cc: all counsel

26